USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __1/24/2022_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **WILLIAM RICHARD HAMILTON,**<br><br>                              **Plaintiff,**<br><br>               **-against-**<br><br>**EQUIFAX INFORMATION SERVICES, LLC ET AL,**<br><br>                              **Defendants.** | **20-cv-6479 (ALC)**<br><br>**ORDER OF DISCONTINUANCE** |

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:   January 24, 2022
            New York, New York

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**